PATRICK CASSIDY et al., Respondents, *v.* JOSEPH McFARLAND et al., Appellants.

(Argued February 27, 1893; decided March 14, 1893.)

APPEAL from order of the General Term of the Court of Common Pleas in and for the city and county of New York, made the first Monday of November, 1892, which affirmed an order of Special Term appointing a referee herein.

*George A. Stearns* for appellants.

*Thomas C. Ennever* for respondents.

Agree to affirm; no opinion.
All concur.
Order affirmed.